IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:21-CV-98-RJC-DSC

Stevie Lamont Stuckes )
)
           Plaintiff(s), )
v. )
)
Pike Electric, LLC )
)
           Defendant(s). )

### DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

Pike Electric, LLC who is Defendant
*(Name of Party)*             *(Plaintiff / moving party or defendant)*

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   ☐ Yes     ☑ No

2. Does the party have any parent corporations?
   ☑ Yes     ☐ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   Pike Holdings, LLC, Pike Group, Inc., Pike Corporation, and Pike Enterprises, LLC

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   ☐ Yes     ☑ No

   If yes, identify all such owners:

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes   ☑ No

   If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?
   ☐ Yes   ☑ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:
   N/A

s/ Sarah H. Negus                     4/6/21
Signature of Attorney                 Date

NCWD-Corporate Disclosure – Sept. 2016

Case 3:21-cv-00098-RJC-DSC   Document 5   Filed 04/06/21   Page 2 of 2