UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:21-CV-98-RJC-DSC

| | |
|---|---|
| STEVIE LAMONT STUCKES,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>PIKE ELECTRIC, LLC,<br><br>　　　Defendant. | STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

The parties, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of Plaintiff's Complaint against Pike Electric, LLC, with prejudice, and of all claims therein, with each party to bear their own costs and expenses.

This the 26th day of October 2021.

Respectfully submitted,

| | |
|---|---|
| /s/  Abbey M. Krysak | /s/ Sarah H. Negus |
| Abbey M. Krysak, NC Bar No. 46281 | Russell F. Sizemore, NC Bar No. 23553 |
| abbey.krysak@wagnerhicks.law | Sarah H. Negus, NC Bar No. 44444 |
| WagnerHicks, PLLC | russellsizemore@mvalaw.com |
| 831 E. Morehead St. Suite 860 | sarahnegus@mvalaw.com |
| Charlotte, NC 28202 | Moore & Van Allen PLLC |
| Telephone:   704.705.7942 | 100 North Tryon Street, Suite 4700 |
| Facsimile:    704.525.0600 | Charlotte, North Carolina 28202-4003 |
| | Telephone:   704.331.1000 |
| *Attorney for Plaintiff* | Facsimile:    704.331.1159 |
| | *Attorneys for Defendant* |